JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Harley Crane,<br><br>    Plaintiff,<br><br>  vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:23-cv-01289-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from November 29, 2023 to January 29, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

1  on the same week. For the weeks of November 27, 2023 and December 4, 2023
2  Counsel has 2 merit briefs due and 17 Administrative Hearings scheduled. Counsel
3  requires additional time to brief the issues thoroughly for the Court's
4  consideration. Defendant does not oppose the requested extension.  Counsel
5  apologizes to the Defendant and Court for any inconvenience this may cause.

           Respectfully submitted,

Dated: November 22, 2023   PENA & BROMBERG, ATTORNEYS AT LAW


          By: */s/ Jonathan Omar Pena*
            JONATHAN OMAR PENA
            Attorneys for Plaintiff


Dated: November 22, 2023   PHILLIP A. TALBERT
            United States Attorney
            MATHEW W. PILE
            Associate General Counsel
            Office of Program Litigation
            Social Security Administration


          By:  **/s/ Jamala Edwards*
            Jamala Edwards
            Special Assistant United States Attorney
            Attorneys for Defendant
            (*As authorized by email on November 22, 2023)

# **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __**November 22, 2023**__                     _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE