PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4864
    Facsimile: (415) 744-0134
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN HARLEY CRANE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:23-cv-01289-NODJ-GSA<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended thirty (30) days from February 28, 2024, up to and including March 29, 2024.  This is the parties' second stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    This is Defendant's first request for an extension, and it is made with good cause.  This case was recently reassigned to undersigned counsel for Defendant, along with another brief, both of which are due on February 28, 2024.  Moreover, counsel already has another brief due that same day and eight briefs before the end of March.  Thus, Defendant requires an extension

in this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 7, 2024           */s/  Jonathan Omar Pena*  
                                    JONATHAN OMAR PENA  
                                    Attorney for Plaintiff  
                                    *as authorized via e-mail on February 7, 2024*

Dated: February 7, 2024            PHILLIP TALBERT  
                                    United States Attorney  
                                    MATHEW W. PILE  
                                    Associate General Counsel  
                                    Office of Program Litigation, Office 7  
                                    Social Security Administration

                            By:    /s/  Mary Tsai  
                                    MARY TSAI  
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 29, 2024 to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:  **February 8, 2024**              **/s/ Gary S. Austin**  
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28